Agnes A. Barris v. John A. Thompson, Phoenix Tax Title Corporation, and Tax Securities Corporation, *et al.*

174 So. 908.

En Banc.

Decision Filed July 29, 1936.

On Rehearing March 22, 1937.

*Charles J. Van Fleet,* for Plaintiff in Error;

*Erle B. Askew* and *Osmond R. Bie,* for Defendant in Error.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be and the same is hereby affirmed.

Whitfield, C. J., and Ellis, Terrell, Brown, Buford, and Davis, J. J., concur.

## On Rehearing.

Per Curiam.—In this case, this court some months ago affirmed the judgment of the trial court, by unanimous decision. Later a rehearing was granted. Upon reconsideration of the cause upon rehearing, we are of the opinion that our former decision should be adhered to.

Judgment of affirmance adhered to and confirmed on rehearing.

Ellis, C. J., and Whitfield; Terrell, Brown, Buford and Davis, J. J., concur.